535

No. 773. INTERSTATE COMMERCE COMMISSION *v.* NEW YORK, NEW HAVEN & HARTFORD R. CO. ET AL. April 18, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. The CHIEF JUSTICE took no part in the consideration or decision of this application. Messrs. *Thomas M. Ross, Charles W. Needham, Robert E. Freer,* and *Miss Mary B. Linkins* for petitioner. Messrs. *John L. Hall* and *Charles O. Pengra* for respondents.

No. 753. LOUISVILLE & NASHVILLE R. CO. *v.* PARKER, ADMINISTRATRIX. April 18, 1932. Petition for writ of certiorari to the Supreme Court of Alabama granted. Mr. *Robert E. Steiner, Jr.,* for petitioner. Mr. *W. A. Denson* for respondent.

No. 787. SOUTHERN RAILWAY CO. ET AL. *v.* DANTZLER, ADMINISTRATRIX; and

No. 788. SAME *v.* YOUNGBLOOD, ADMINISTRATRIX. April 18, 1932. Petitions for writs of certiorari to the Supreme Court of South Carolina granted. Messrs. *H. O'B. Cooper, S. R. Prince, Frank G. Tompkins,* and *Sidney S. Alderman* for petitioners. Mr. *William C. Wolfe* for respondents.

No. 809. EARLE & STODDART, INC. ET AL. *v.* ELLERMAN'S WILSON LINE, LTD. April 18, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. Messrs. *T. Catesby Jones* and *James W. Ryan* for petitioners. Mr. *Cletus Keating* for respondent.